*RECEIVED*

*APR 27 2022*

*CLERK U.S. DISTRICT COURT*
*SOUTHERN DISTRICT OF IOWA*

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| Darrell Robert Barrer<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br>- Owner John Doe, A.K.A Mike<br>- Brian McNamara<br>- Gal<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. _____

_____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — Darnell Robert Bonner

All other names by which you have been known: _____

ID Number — 10563407

Current Institution — 2700 Coral Ridge Ave.

Address — Iowa Medical and Classification Center

Coralville              Iowa          52241
*City*                 *State*       *Zip Code*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

Name — The Lodge Apartments   Brian McNamara   Property Manager

Job or Title *(if known)* — Property Manager

Shield Number

Employer — The Lodge Apartments

Address — The Lodge Apartments - 320 2nd Street

Coralville              Iowa          52241
*City*                 *State*       *Zip Code*

☒ Individual capacity   ☒ Official capacity

**Defendant No. 2**

Name — Gal

Job or Title *(if known)* — Property Manager

Shield Number

Employer — The Lodge Apartments

Address — 320 2nd Street

Coralville              Iowa          52241
*City*                 *State*       *Zip Code*

☒ Individual capacity   ☒ Official capacity

Defendant No. 3
    Name                  John Doe, A.K.A. Mike
    Job or Title *(if known)*   Owner
    Shield Number
    Employer           Owner of Lodge Apartments
    Address             320 2nd Street
                      Coralville      Iowa      52241
                      *City*          *State*     *Zip Code*
                [X] Individual capacity   [X] Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address
                      *City*          *State*     *Zip Code*
                [ ] Individual capacity   [ ] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [X] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

- 4th amendment - Illegal Search & Seizure of Property
- 5th amendment - Due Process (Procedural & Substantial)
- A D A (American Disability Act) violations
- 5§2A. 27(1) Iowa State; 648-.22; Embezzlement

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. on 01/20/2022, I had signed into Illegal contract with a corrupted housing Apartment complex who had taken advantage of my as well as other disabled persons with many and physical disabilities by having us to pay a weekly Rate of $225 for a Run Studio apartments, equally $900 a month, (SEE Backside) 4a

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose. Claim 1 - EMBEZZLEMENT - Defendants) Brian, Cral and John Illegally Receive Rent from me as well as other tenants in cash and have myself as well as other tenants to apply for Iowa Rental assistance if not I will be Evicted. on 11/11/2021 I, without filling out an appx abcn, Entered 4b (SEE other Page) @ - Backside 4b

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/a

Knowing that majority of us was on fixed income, such as SSI. Initially we was told it was the first of the month only to Brian and Gail But on paper it would say weekly rate $225

Defendant Brian and Defendant Gail would inform us the tenants right before rent is due to apply for government assistance and place in their own amount. The Lodge Apartments has over 80 tenants.

Defendant Brian and Defendant Gail knew I was mentally ill with a diagnose of schizophrenia as well as mood disorder with borderline intellectual functioning by me informing them as well as my social worker from the domestic violence shelter, a Alisha.

Defendant Brian and Defendant Gail had never had me to fill out application to rent from the Lodge Apartments. They also begin to extort me by inserting into my lease that they cash as well and if I do not pay them my full social security check monthly in cash they will evict me or trespass me off their property for fear of homelessness, I paid them $800 monthly for 3 months consecutively.

I asked them (Brian & Gail) the defendants who was the owner, I was informed a Mike.

The defendants Brian, Gail as well as the assumed owner, and alleged Mike, had after appealing my FED hearing (Forcible Entry Detainer) hearing in which was granted to defendants, but no sheriff had removed me, took it upon themselves to self help evict me after the district court ruled that the writ of possession was stayed pending appeal. The defendant Brian McDannore & the Lodge Apartments received a copy of such order.

No sheriff had remove me from my property, the defendants, unlawfully entered into my apartment, taken possession as well as destroy all my belongings, those of value as well as those sentimental.

The defendants received over $2,400 in cash from me, but did not have any records of such or will not have to pay any taxes as such.

D.　　Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

SEE BACK SIDE

E.　　If you did file a grievance:

1.　Where did you file the grievance?

_____

2.　What did you claim in your grievance?

_____

3.　What was the result, if any?

_____

4.　What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

INTO A MONTHLY LEASE, ASSUMING RENT WAS $ 450 A MONTH I WAS TOLD BY PROPERTY MANAGER, BRIAN MCNAMARA. RENT WOULD BE PAY ING $ 450 MONTHLY, BUT AFTER MY CASE MANAGER, ALISHA PAID A GOVERNMENT CHECK TO THEM IN AMOUNT OF $ 1,100, MY LEASE WAS THEN MODIFIED BY DEFENDANT BRIAN MCNAMARA AND GAL TO STATES I WOULD BE PAYING $ 225 WEEKLY, AS WELL AS THEY WOULD BE ACCEPTING CASH. THIS WAS DONE WITHOUT THE AWARENESS OF MY CASE MANAGER. I ALSO WAS ON A FIXED INCOME OF SOCIAL SECURITY ONLY RECEIVING $ 800 MONTHLY AND NO AGENCY WOULD WRITE A CHECK TO NO LANDLORD IF THEY FELT OR THE CLIENT SHOWS HE COULD NOT PAY HIS RENT MONTHLY. NO AGENCY WOULD WRITE A CHECK IF A PROPERTY COMPLEX CHARGES WEEKLY RENT. I WAS THREATED TO HAVE AND APPLY FOR IOWA RENTAL ASSISTANCE TO SAY I OWED RENT IF NOT, I WOULD BE EVICTED. THIS IS A PRACTICE DONE BY DEFENDANTS BRIAN MCNAMARA AND GAL.

## Claim 2 - ADA (AMERICAN DISABILITY ACT):

The DEFENDANTS BRIAN MCNAMARA, GAL, AS WELL AS JOHN DOE. A.K.A ~~BOB~~ MIKE WERE FULLY AWARE THAT I HAD A MENTAL DISABILITY AT ALL TIMES DURING MY LEASE AGREEMENT WITH THEM. ALL THREE DEFENDANTS KNEW I RECEIVED SOCIAL SECURITY IN THE AMOUNT OF $ 800.00. DEFENDANTS HAD TAKEN ADVANTAGE OF MY DISABILITY BY HAVING ME PAY THEM MY FULL SOCIAL SECURITY CHECK IN CASH FOR THE MONTHS OF DECEMBER, JANUARY AS WELL AS FEBRUARY OF 2021, 2022. THEY DEPRIVED ME OF THE RIGHT TO CARE FOR MYSELF BY BUYING HYGIENE PRODUCTS, FOOD AS WELL AS OTHER FORM OF LIFE NECESSITIES, THEN HAD ME TO APPLY FOR IOWA RENTAL ASSISTANCE, IF NOT I WOULD BE EVICTED.

## Claim 3 - Illegal ~~SEARCH~~ & SEIZURE:

ON FEBRUARY 24TH, 2022, WHILE A PRETRIAL DETAINEE AT LEE COUNTY JAIL, I WAS SERVED WITH A FORCIBLE ENTRY AND DETAINER HEARING NOTICE BY A LEE COUNTY SHERIFF, FILED BY THE WOLFE APARTMENTS, BEING REPRESENTED BY A DEFENDANT BRIAN MCNAMARA. REASONS THEREOF, I DID NOT VACATE WHEN ASKED TO ON 1/25/2022 THE HEARING WAS SCHEDULE FOR MONDAY 02/28/2022 IN WHICH I FILED A MOTION TO DISMISS FED PETITION.

ON 02/28/2022, DUE TO SOME SORT OF CONFUSION AND MISUNDERSTANDING, I DID NOT ATTEND FED HEARING, SUBSEQUENTLY GRANTED THE DEFENDANTS POSSESSION OF MY APARTMENT AT 320 2ND ST APT 204, IN CORALVILLE, IOWA.

IMMEDIATELY I FILED AN APPEAL ON FEBRUARY 8TH, 2022 AND IT WAS FILED, STAMPED ON ~~FEB 8~~ FEBRUARY 9TH, 2022 BY CLERK OF COURTS.

ON 3/11/2022, CHIEF JUDGE RESPONDED TO APPEAL STATING I NEED TO FILE A DEFER OF FEES FORM AND ASK FOR A STAY OF WRIT IF I SOUGHT ONE. ON 3/13/2022 PLAINTIFF FILED A DEFER TO WAIVE FEES AS WELL AS SOUGHT

To stay the WRIT OF POSSESSION. On 03/23/22 the District court Granted the stay of the WRIT OF POSSESSION on Appeal. This Order was issued By a Kevin McKeever, sixth District Judicial Judge for Johnson County. A copy was electronically filed and served to defendant Brian McNamara, as well as Johnson County Sheriff all white, no sheriff had enter or took possession of my apartment located at 320 2nd Street, Coralville, Iowa 52341

On 08/12/2022, I called the defendant Brian McMahon To inquire about my apartment and belongings, since no sheriff had executed the writ of possession, I was informed by defendant that Will, Gial and the owner had discarded my property as well as given my apartment to another tenant. I informed the defendant that no court of law had authorize him to do such and I was told, "they could do what they want" (meaning lodge apartments)

I immediately became mentally and emotional upset, suffering from feeling homelessness as well as suicidal thoughts. I had retained my life of happiness as well as sensitivity inside my apartment. There were Journals I've written that was about my day to day life that I created a sort of self therapy. My debit cards, Social Security card, Birth Certificate was all destroy By the defendants. Decease family obituaries as well as pictures was also destroyed in which I cannot get back. This also has caused me depression mixed with suicidal thoughts often

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)  _____
     Defendant(s)  _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     _____

3.   Docket or index number

     _____

4.   Name of Judge assigned to your case

     _____

5.   Approximate date of filing lawsuit

     _____

6.   Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition  _____

7.   What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

     _____

4B

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

1) ON 11/1/2021 - Signed lease 2) 11/27/2021 told by Defendants to apply for Iowa Rental assist. OR I will be evicted 3) 02/24/2022 Served with notice of F.E.D hearing 03/28/2022 F.E.D hearing granted to Defendants, 02/29/2022 appealed Judge Decision of ( SEE Backside of page 5B )

D.    What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)* I was taken advantage of by Defendants knowing I was mentally ill by having me on a illegal week to week lease in which knowingly I can't afford, then strong arm me with threats of eviction if I don't file for Iowa Rental assistance.

all Defendants unlawfully took possession of my apartment by self help evicting me without a court order, destroying my entire property

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.   I sustained following injuries

- Homelessness, in which will place me at great risk of being expose to numerous mishaps on the streets, suicide tendencies, depression

- Deprived my apartment without legal justification in which had and store sensitive information that I cannot get back.

- lost over $3,500 in cash due to extortion by Defendants

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

- I request a jury trial for the punitive damages of $5 million dollars for the embezzlement and ADA to set an example that that conduct will not be tolerated in our democracy

$3,500 each day someone else was living in my
- apartment

- 1 million dollars for extortion as well as ponzy scheme lodge Apartment operate

FED HEARING

08/20/2022 - CHIEF JUDGE SENT SUMMONS AND SET FED ISSUE

08/11/2022 - DEFENDANT DESTROYED PROPERTY and UNLAWFULLY TOOK POSSESSION OF MY APARTMENT.

03/18/2022 - I FILED A PETITION TO STAY WRIT OF POSSESSION as WELL as to DEFER FEES APPLICATION

08/23/2022 - JUDGE GRANTED MY DEFER OF FILING FEES AS WELL AS STAYED WRIT OF POSSESSION. SENT A COPY TO JOHNSON COUNTY SHERIFF AS WELL AS THE LODGE APARTMENTS.

5B

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_____

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No          N\a

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No          N\a

E.     If you did file a grievance:

1.     Where did you file the grievance?

N\a
_____

2.     What did you claim in your grievance?

N\a
_____

3.     What was the result, if any?

N\a
_____

4.     What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

N\a
_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

na

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

na

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

na

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) Dennell Bonner

Defendant(s) Brian Mendabarg, Lodge Apartments

2.  Court *(if federal court, name the district; if state court, name the county and State)*

Johnson, Iowa

3.  Docket or index number

n/a - just done a tort on property lost

4.  Name of Judge assigned to your case

dont know now

5.  Approximate date of filing lawsuit

04/19/2022

6.  Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition.

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

n/a

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

YES

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   Darnell Robert Bonner

Defendant(s)   Sheriff Lane

2.   Court *(if federal court, name the district; if state court, name the county and State)*

Southern District

3.   Docket or index number   Bonner v. Lane

dont know #

4.   Name of Judge assigned to your case

dont Know

5.   Approximate date of filing lawsuit

2017

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition   2018

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

dismissed without Prejudice

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  04/24/2022

Signature of Plaintiff   *David Bonner*
Printed Name of Plaintiff   Darrell Bonner
Prison Identification #   6563407
Prison Address   3700 Coral Ridge Ave
Coralville   Iowa   52241
City   State   Zip Code
Pro Se

### B.    For Attorneys

Date of signing:   Pro Se

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
_____
City   State   Zip Code
Telephone Number   _____
E-mail Address   _____

04/24/2022

Dear Clerk of U.S
District Courts,

Please Find Enclosed a 42
U.S.C 1983 Civil Rights
Complaint, along with Proceed
to File this Suit in Forma
Pauper

If you should Require
additional information, Please
Forward inquiries to listed
address.

Yours truly,
Darnell Bonner
Pro Se

RECEIVED
APR 27 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

**IOWA MEDICAL and CLASSIFICATION CENTER**
2700 Coral Ridge Ave.
Coralville, IA  52241

Darnell Bonner
6503407

NOTICE! This correspondence was mailed from
an institution operated by the Iowa Department of
Corrections. The contents are uncensored.

X-RAYED & CLEARED BY U.S.M.S.

quadient
FIRST-CLASS MAIL
IMI
$000.53 0
04/25/2022 ZIP 52241
043M31229344

US POSTAGE

Clerk, united states
District court
P.O. Box 9344
Des Moines, Ia 50306-9344